IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

JUDGE David Folsom

IN THE MATTER OF KENT A. ROWALD

§
§   CIVIL ACTION NO.  5:11MC2
§
§

_____

| | |
|---|---|
| LAW CLERK: | David Keyzer |
| COURT REPORTER: | Libby Crawford |
| COURTROOM DEPUTY: | Mel Martin |

_____

**HEARING**
February 22,   2012 @ 10:00 a.m.

OPEN:      10:02          ADJOURN:   11:06

_____

10:02   ct opens: ct/ brief background; witness called; **Louis Brucculeri,** sworn, questions by the court;

10:26   Rowald/ questions the witness;

10:36   ct/. Comcast log, what would you be willing to consent to

10:37   Rowald/ same time period, 2 hours

10:37   ct/ questions the witness; something we need to do

10:37   Rowald/ will request that; continues questioning the witness;

10:56   ct/ are you going to pursue those logs on a voluntary basis

10:56   Rowald/ yes

10:56   ct/ can that request be done in 5 days, request by Wednesday at 5pm, make request a part of the record;

10:58   Rowald/ agrees;

10:58   ct/ will leave record open;

10:59   adjourned

11:02   ICC with Mr. Rowald; ct/ retirement complicates matters; time is of the essence; plan on continuing to practice in EDTX;   Rowald/ hesitant to say no; 11:06 ct/ will await those logs; 11:06 recess