IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

|                              |   |              |
|------------------------------|---|--------------|
| In the Matter of:  Kent A. Rowald | § | No. 5:11-mc-2 |

## SHOW CAUSE ORDER

This attorney disciplinary matter, which was dismissed as moot in an order entered March 17, 2012 (Document 19), is hereby reopened in light of the circumstances described below.  In the March 17th order, then-Chief Judge Folsom ordered Mr. Rowald to provide a copy of the March 17th order, together with a copy of Judge Ward's August 5, 2011 opinion in No. 2:08-cv-338 *FURminator Inc. v. PetVac Group, LLC* to the Office of the Chief Disciplinary Counsel, P.O. Box 13287, Austin TX  78711 no later than March 29, 2012, and to file a notice with the court by that same date that indicated that the requisite documents had been sent to the  Office of the Chief Disciplinary Counsel.

In an order filed August 13, 2012 in the *FURminator* case (Document 87), Judge Gilstrap found:

> As of August 10, 2012, no Notice of Compliance demonstrating Mr. Rowald's compliance with Chief Judge Folsom's Order has been filed in Case No. 5:11-mc-2.  At a minimum, even If Mr. Rowald complied with all the other provisions of Chief Judge Folsom's Order, Mr. Rowald failed to adhere to the Court's clear and direct order to file a written notice of compliance with the time specified.  At worst, Mr. Rowald may have disregarded this Order in its entirety.  In such a "worst case" scenario, the Office of the Chief Disciplinary Counsel for the State Bar of Texas may have no knowldege of any of these events.

Judge Gilstrap thereupon ordered the clerk to immediately deliver his August 13, 2012 *FURminator* order, which included a copy of of Judge Ward's order of August 4, 2011, to the

Office of Chief Disciplinary Counsel.  He also ordered the clerk to forward a copy of his August 13, 2012 order to me as chief judge so that I might consider whether additional disciplinary measures might be warranted.  The clerk sent a copy of Judge Gilstrap's order to the Office of the Chief Disciplinary Counsel on August 13, 2012.  An acknowledgement of receipt was received from the Chief Disciplinary Counsel on August 22, 2012 (*FURminator*, Dkt. No 89).

Pursuant to Local Rule AT-2(d)(2), Kent A. Rowald is hereby notified of the above allegations and given opportunity to show cause why he should not be suspended or disbarred from this court pursuant to Local Rule AT-2(d)(1)(C) and Texas Disciplinary Rule of Professional Conduct 8.02.  Specifically, Mr. Rowald is asked to explain his apparent failure to file a timely Notice of Compliance as ordered by Chief Judge Folsom.  Any response by Mr. Rowald must be filed within twenty-one (21) days of this order.  Mr. Rowald has the right to counsel and may, pursuant to Local Rule AT-2(d)(2)(B), request a hearing.

IT IS SO ORDERED.

Signed this __24__ day of September 2012.



_____
LEONARD DAVIS
Chief Judge