

**RE: SHOW CAUSE ORDER - 5:11mc-2**
Kent Rowald    to: Shelley_Moore                    09/26/2012 05:16 PM

From:    "Kent Rowald" <krowald@patentlawyers.com>
To:      <Shelley_Moore@txed.uscourts.gov>

Ms. Moore,

I just received your email.

Very truly yours,

Kent A. Rowald
Law Offices of Kent A. Rowald, P.C.
20333 State Highway 249
Suite 200
Houston, Texas 77070
281-516-3844
281-516-3845 (fax)
KRowald@PatentLawyers.com
www.PatentLawyers.com


-----Original Message-----
From: Shelley_Moore@txed.uscourts.gov
[mailto:Shelley_Moore@txed.uscourts.gov]
Sent: Tuesday, September 25, 2012 9:39 AM
To: krowald@patentlawyers.com
Subject: SHOW CAUSE ORDER - 5:11mc-2
Importance: High


Please acknowledge receipt of this show cause order via return email :

(See attached file: Rowald Atty Disc Order.pdf)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 26 2012

DAVID J. MALAND, CLERK
BY
DEPUTY_____